IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARMAND McWILLIAMS ET AL., | ) | |
| Plaintiff, | ) | No. 13-C-08423 |
| | ) | Hon. Sidney Schenkier |
| v. | ) | |
| CITY OF CHICAGO, ET AL. | ) | |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiffs, Armand McWilliams and Morrisetta Barksdale-Sullers, on behalf of herself and her minor daughter, K.S., K.S., a minor, by her mother Morrisetta Barksdale-Sullers, by their attorney, Torreya L. Hamilton of Hamilton Law Office, LLC, and Defendant, City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and defendants Sergeant Vidal Vasquez, Officer Adam Burns, Officer Brian Reed, Officer Anthony Rouba and Officer Raymond Boyd, by their attorney, Timothy P. O'Connor, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court having found with respect to the minor K.S. that the settlement is fair and reasonable and in K.S.'s best interest and finding that Morrisetta Barksdale-Sullers is K.S.'s mother and an appropriate guardian to represent the best interests of the minor K.S. for purposes of effecting the

settlement and release of KS's claims in this lawsuit, and the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiffs, Armand McWilliams and Morrisetta Barksdale-Sullers, on behalf of herself and her minor daughter, K.S., and K.S., a minor, by her mother Morrisetta Barksdale-Sullers, against Defendants, City of Chicago, Sergeant Vidal Vasquez, Officer Adam Burns, Officer Brian Reed, Officer Anthony Rouba and Officer Raymond Boyd, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: ______________________________
SIDNEY I. SCHENKIER
United States Magistrate Judge

DATED: October 30, 2014